UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:05-MJ-59

```
_____
                                )
IN THE MATTER OF THE            )
APPLICATION OF THE UNITED       )
STATES FOR AN ORDER             )
AUTHORIZING THE DESTRUCTION     )
OF INTERCEPTED WIRE, ORAL       )
AND/OR ELECTRONIC COMMUNICATIONS)
_____ )
```

ORDER AUTHORIZING THE DESTRUCTION OF
INTERCEPTED WIRE, ORAL AND/OR ELECTRONIC
COMMUNICATIONS

Application under penalty of perjury having been made before me by an "investigative or law enforcement officer" as defined in 18 U.S.C. § 2510(7) and an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, for an order authorizing the destruction of intercepted wire, oral and/or electronic communications, intercepted pursuant to 18 U.S.C. § 2510 et seq. and full consideration having been given to the matters set forth herein, the court finds:

On the 13th day of May 2005, an order for the interception of wire, oral, and/or electronic communications was issued by Judge Louise Flanagan of this district to intercept the communications of Clemente BALTAZAR; Victor Macedo ROMAN; and others who remain unidentified over telephone number 910-271-2230 located at 43 Hidden Valley Plantation, Magnolia, NC and subscribed to by Martin Castaneda

Sanchez in connection with violations of federal law, that is violations of Title 21 U.S.C. 841(a)(1), distribution and possession with intent to distribute of controlled substances; Title 21 U.S.C. 843(b), unlawful use of a communication facility in committing or facilitating the commission of a Title 21 U.S.C. felony offense; and Title 21 U.S.C. 846, conspiracy to distribute controlled substances. The interceptions were terminated on the 12th day of June 2005. The intercepted communications were sealed by the court on the 15th day of June 2005.

The intercepted communications were subsequently used in the prosecution of Clemente BALTAZAR, Abelardo BORJA, Eliasar BORJA, Ruben BORJA, Juan Garcia CARDOSO, Concepcion CASTANDEA-Baltazar, Victorino DAMIAN, Jessie GARCIA, Edgar GONZALEZ, Jimmy JONES, Jose Saul MANDRAGON, Freedi Victor ORTIZ, Demetrio QUINTANA, Victor Macedo ROMAN, and Anastacio TORIBIO-Ascencio.

Ten years having elapsed from the time the tapes were originally sealed pursuant to 18 U.S.C. § 2518(8)(a), and there appearing to be no further need for their retention,

IT IS HEREBY ORDERED that the above-described intercepted wire, oral and/or electronic communications be destroyed by (identify the agency having possession), the lawful custodian designated by the issuing judge.

This the 15th day of March, 2016.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Court Judge